IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRISTAN MICHAEL HYDE,

    Plaintiff,

v.                                                No. 22-cv-0130 KWR-LF

STATE OF NEW MEXICO, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* on Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) (Complaint). Plaintiff is proceeding *pro se* and filed the Complaint while detained. His most recent Notice of Change of Address reflects that as of March 2023, he was housed at the Walton County Jail (WCJ) in DeFuniak Springs, Florida. *See* Doc. 18. The WCJ inmate locator website reflects Plaintiff was released from custody on May 2, 2023. *See* http://nwscorrections.waltonso.org/WaltonCounty/Inmate/Detail/-223372. Plaintiff has not provided a current address as required by D.N.M. LR-Civ. 83.6.

IT IS THEREFORE ORDERED that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

                                                            _____
                                                            Laura Fashing
                                                            United States Magistrate Judge